UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELMA DAUTEFENDIC | : | DOCKET NO: |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF OLD SAYBROOK | : | |
| *Defendant* | : | |
| | : | MAY 22, 2019 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§1441, 1443 and 1446, Defendant, Town of Old Saybrook, hereby gives notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Middlesex at Middletown for the following reasons:

1. Plaintiff has commenced an action against the defendant in the Judicial District of Middlesex at Middletown, by service of a Summons and Complaint dated April 29, 2019. Plaintiff served a copy of the Summons and Complaint upon Defendant, Town of Old Saybrook on May 1, 2019. Pursuant to 28 U.S.C. § 1446(a), the Summons and Complaint is attached hereto.

2. The above-described action is a civil action and is one which may be removed to the Court by Defendant Town of Old Saybrook pursuant to the provisions of Title VII of the Civil Rights Act of 1964, specifically 42 U.S. § 2000e-2, in that the Complaint alleges that Defendant's acts of discrimination based upon sex/gender.

3. The action is returnable to the Superior Court for the Judicial District of Middlesex at Middletown on June 4, 2019.

4. Attached hereto, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the defendant to date.

5. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331 and 1343(a)(3), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

**WHEREFORE**, Defendant prays that the above action now pending in the Superior Court of Middlesex at Middletown be removed therefrom to this Court.

        DEFENDANT,
        TOWN OF OLD SAYBROOK

        By: /s/ Sarah L. Wilber
        Michael J. Rose (ct14803)
        Sarah L. Wilber (ct30631)
        Rose Kallor, LLP
        750 Main Street
        Suite 1108-3
        Hartford, CT 06103
        Tel: (860) 361-7999
        Fax: (860) 270-0710
        Email: mrose@rosekallor.com
              swilber@rosekallor.com

## **CERTIFICATION**

       I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on May 22, 2019 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Joseph R. Sastre, Esq.  
Law Office Joseph R. Sastre, LLC  
67 Chestnut Street  
Bristol, CT 06010  

                                              By: /s/ Sarah L. Wilber_____  
                                                   Sarah L. Wilber